MICHAEL L. TRACY, ESQ. (SBN 237779)
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
mhutchins@michaeltracylaw.com
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff
MICHAEL SHERWOOD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHERWOOD, an individual, | Case No. 2:07-CV-01411-WBS-EFB |
| Plaintiff, | **REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE;** |
| vs. | **[PROPOSED] ORDER** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 through 50, inclusive, | Complaint Filed: July 18, 2007<br>Trial Date:        None |
| Defendants. | |

Plaintiff MICHAEL SHERWOOD hereby requests that the Court continue the scheduling conference in this above-entitled matter.  Said scheduling conference is presently set for October 9, 2007 at 2:00 p.m.

Defendants have not yet been served and would not be available to appear on the date it is presently scheduled.  Therefore, Plaintiff is requesting this extension until November 5, 2007 at 2:00 p.m.

DATED:  September 25, 2007                LAW OFFICES OF MICHAEL L. TRACY

                                          By:    ___/s/_____
                                                 MEGAN ROSS HUTCHINS, Attorney for
                                                 Plaintiff MICHAEL SHERWOOD

1 **ORDER**

2     It is hereby ordered that the scheduling conference will be held on **November 5,**
3 **2007 at 2:00 p.m**.  All related dates will correspond with the November 5, 2007 hearing
4 date.

5 IT IS SO ORDERED.

6 DATED:  September 25, 2007

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```