MICHAEL L. TRACY (SB# 237779)
Email:  mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS (SB# 227776)
Email:  mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone:  (949) 260-9171
Facsimile:  (866) 365-3051

Attorneys for Plaintiff
MICHAEL SHERWOOD

GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@hbwllp.com
THERESA A. KADING (SB# 211469)
Email: tkading@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA  92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| MICHAEL SHERWOOD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:07-CV-01411-WBS-EFB<br><br>JUDGE WILLIAM B. SHUBB<br>COURTROOM 5<br><br>**STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271; [~~PROPOSED~~] ORDER THEREON** |

27013_1

STIPULATION AND [PROPOSED] ORDER ELECTING REFERRAL OF ACTION TO VDRP

Plaintiff Michael Sherwood (hereinafter, "Plaintiff") and Defendant Wells Fargo Bank, N.A. (hereinafter, "Defendant"), through their respective counsel, hereby stipulate as follows:

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program;

The parties agree that the process will be completed by February 29, 2008, and that the selected Neutral must file confirmation of completion of the process on or before March 14, 2008.

DATED: October _25___, 2007     LAW OFFICES OF MICHAEL TRACY
                                MICHAEL TRACY
                                MEGAN ROSS HUTCHINS


                                By: /s/
                                        MEGAN ROSS HUTCHINS

                                Attorneys for Plaintiff
                                MICHAEL SHERWOOD

DATED: October 26, 2007         HODEL BRIGGS WINTER LLP
                                GLENN L. BRIGGS
                                THERESA A. KADING


                                By: /s/
                                        GLENN L. BRIGGS

                                Attorneys for Defendant
                                WELLS FARGO BANK, N.A.

**ORDER**

   IT IS SO ORDERED.


Dated:  October 30, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE