MICHAEL L. TRACY (SB# 237779)
Email: mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS (SB# 227776)
Email: mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: (949) 260-9171
Facsimile: (866) 365-3051

Attorneys for Plaintiff
MICHAEL SHERWOOD

GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@hbwllp.com
THERESA A. KADING (SB# 211469)
Email: tkading@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| MICHAEL SHERWOOD, an individual,<br><br>              Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1 through 50, inclusive,<br><br>              Defendants. | CASE NO. 2:07-CV-01411-WBS-EFB<br><br>JUDGE WILLIAM B. SHUBB<br>COURTROOM 5<br><br>**STIPULATION TO CONTINUE DEADLINE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP); [PROPOSED] ORDER THEREON** |

29001_1

Plaintiff Michael Sherwood (hereinafter, "Plaintiff") and Defendant Wells Fargo Bank, N.A. (hereinafter, "Defendant"), through their respective counsel, hereby stipulate as follows:

WHEREAS, pursuant to Local Rule 16-271, the parties agreed to submit the above-entitled action to the Voluntary Dispute Resolution Program ("VDRP");

WHEREAS, the current deadline to complete the VDRP process is February 29, 2008, and the current deadline for the selected Neutral to file confirmation of completion of the process is March 14, 2008;

WHEREAS, the parties have scheduled the VDRP session with the selected Neutral, Gary Basham, for April 4, 2008;

WHEREAS, trial is not set in this matter until August 18, 2009;

1         Based on the foregoing, THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that the VDRP completion date of February 29, 2008, will be continued to April 11, 2008, and that the deadline for the selected Neutral to file confirmation of completion of the process will be continued from March 14, 2008, to April 25, 2008.

DATED: February \_\_\_\_, 2008    LAW OFFICES OF MICHAEL TRACY
                                            MICHAEL TRACY
                                            MEGAN ROSS HUTCHINS

                                            By: \_\_\_/s/_____
                                                       MEGAN ROSS HUTCHINS

                                            Attorneys for Plaintiff
                                            MICHAEL SHERWOOD

DATED: February \_\_\_\_, 2008    HODEL BRIGGS WINTER LLP
                                            GLENN L. BRIGGS
                                            THERESA A. KADING

                                            By: \_\_\_/s/_____
                                                       THERESA A. KADING

                                            Attorneys for Defendant
                                            WELLS FARGO BANK, N.A.

# **ORDER**

IT IS SO ORDERED.

Dated: February 21, 2008

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE